UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK KNUCKLE,

                Plaintiff(s)

         23 civ 4095 (JGK)

    -against-

YORK WALLCOVERINGS, INC.,

                Defendant(s).
------------------------------------------------------------X

## ORDER

The parties shall submit a Rule 26(f) report by **November 6, 2023.**

The conference scheduled for October 11, 2023, at 4:30pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 2, 2023